### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

SHELLEY JEANNE ZELLMER

       Plaintiff,                 Case No. 06-CV-13171

-vs-                             PAUL D. BORMAN
                                   UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA;
JACKSON COUNTY POLICE DEPARTMENT;
INGHAM COUNTY POLICE DEPARTMENT;
MICHIGAN STATE POLICE;
FEDERAL BUREAU OF INVESTIGATION;
and MSNBC/NBC,

       Defendants.
_____/

### ORDER DENYING
### PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL

    Before this Court is Plaintiff Shelley Jeanne Zellmer's ("Plaintiff") August 3, 2006

Application for Appointment of Counsel. (Docket No. 5). Upon consideration, the Court hereby

DENIES Plaintiff's Application for Appointment of Counsel.

                    s/Paul D. Borman_____
                    PAUL D. BORMAN
                    UNITED STATES DISTRICT JUDGE

Dated:  October 13, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on
October 13, 2006.

                    s/Denise Goodine_____
                    Case Manager

Dockets.Justia.com