UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHELLY ZELLMER,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

_____/

CIVIL ACTION
NO. **06-13171**
HON. PAUL D. BORMAN

## ORDER OF DISMISSAL

The plaintiff, having answered the order to show cause as issued by the court on November 27, 2006, and indicating to the Court that she no longer wishes to pursue the case any further, therefore;

**IT IS ORDERED** that the above matter be **DISMISSED WITHOUT PREJUDICE** as to defendant MSNBC and the case closed.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 20, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 20, 2006.

s/Denise Goodine
Case Manager